# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JAMES MENEAR,

                              Plaintiff,

v.                                                          Case No. 19-CV-633-JPS

TATE & KIRLIN ASSOCIATES INC.,                              **ORDER**

                              Defendant.

On October 16, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #14). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #14) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge